PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

for the

### DISTRICT OF HAWAII



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 24 2007

at 10 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ANGELINE GOMEZ          Case Number: CR 03-00034DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       Chief U.S. District Judge

Date of Original Sentence: 11/17/2003

Original Offense:    Count 1: Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 grams of Crystal Methamphetamine, in violation of 21 U.S.C. § 846, a Class A felony

Count 2: Unlawful User of a Controlled Substance in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(3), a Class C felony

Original Sentence:   Forty-eight (48) months imprisonment and five (5) years supervised release with the following special conditions: 1) Defendant shall participate in a substance abuse program, which must include drug testing for the first 3 years of supervised release at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office access to any requested financial information; 4) That the defendant participate in a mental health program at the discretion and direction of the Probation Office; 5) That the defendant shall submit her person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; and 6) That the defendant shall have no contact with co-defendant Bienvenido Ambrocio.

Prob 12B
(7/93)

2

<u>Type of Supervision:  Supervised Release   Date Supervision to Commence:  5/25/2007</u>

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

General Condition:   *That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

## CAUSE

The offender is not in violation of her conditions of supervised release.  However, the offender was sentenced prior to <u>U.S. v. Stephens</u>, 9th Circuit 2005.  Due to the ruling in <u>Stephens</u>, the probation officer is limited to three random tests outside of treatment.  Given the established relationship between the offender's history of substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention is recommended in this case.  Drug testing is the most reliable method for monitoring the offender's drug use.  The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight (8) tests per month.  This amount will allow the probation officer to fashion random drug testing designed to detect drug use while not allowing the offender to predict test dates.  To the offender's credit, she is motivated to remain drug-free and is willing to have the general condition modified to reflect the increase in drug testing.

Therefore, we respectfully recommend that the Court modify the offender's conditions of supervision and modify the general conditions as reflected above.  The offender agrees to the modification of the conditions of supervised release.  Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The offender waives her right to a hearing and to assistance of counsel.  The offender agrees to the modification of the conditions of supervised release.  The offender's attorney and the

Prob 12B
(7/93)

3

U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

*[signature]*

LISA K.T. JICHA
U.S. Probation Officer

Approved by:

*[signature]*

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 10/22/2007

---

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*
DAVID ALAN EZRA
U.S. District Judge

Oct. 23, 2007
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓]    To modify the conditions of supervision as follows:

**General Condition**:    *That the defendant shall refrain from any unlawful use of a controlled substance. Shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____  Signed: _____
          LISA K.T. JICHA                ANGELINE GOMEZ
        U.S. Probation Officer             Supervised Releasee

                                10/18/07
                                  Date