PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 14 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  ANGELINE GOMEZ            Case Number:  CR 03-00034DAE-01

Name of Sentencing Judicial Officer:    The Honorable David Alan Ezra
                                        U.S. District Judge

Date of Original Sentence:  11/17/03

Original Offense:   Count 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE IN EXCESS OF 50 GRAMS OF CRYSTAL METHAMPHETAMINE, in violation of 21 U.S.C. § 846, a Class A felony

Count 2: UNLAWFUL USER OF A CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM, in violation of 18 U.S.C. § 922(g)(3), a Class C felony

Original Sentence:  Committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 months as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently, and upon release from imprisonment, 5 years supervised release as to Count 1 and 3 years as to Count 2 of the Indictment, with all such terms to run concurrently, with the following special conditions:
1) Defendant shall participate in a substance abuse program, which must include drug testing for the first 3 years of supervised release at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office access to any requested financial information; 4) That the defendant participate in a mental health program at the discretion and direction of the Probation Office; 5) That the defendant shall submit her person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the

        premises may be subject to search pursuant to this condition; and 6) That the defendant shall have no contact with codefendant Bienvenido Ambrocio.

**Modification:** On 10/23/2007, the Court modified the conditions of supervision as follows: General Condition - That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

<u>Type of Supervision: Supervised Release    Date Supervision Commenced: 5/25/2007</u>

## PETITIONING THE COURT

[✓]    To modify the conditions of supervision as follows:

    *Special Condition No. 7:*    *That the defendant perform 80 hours of community service at the discretion and direction of the Probation Office.*

    *Special Condition No. 8:*    *That the defendant is prohibited from any type of contact with any person engaged in criminal activity and any person convicted of a felony, unless granted permission to do so by the Probation Office. The restricted methods of contacts include telephonic, written correspondence, contact via electronic means, and physical contact.*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. Standard Condition No. 3 | The offender failed to follow instructions of the Probation Officer, issued on 5/25/2007. |
| 2. Standard Condition No. 9 | In or about May 2007 through November 2007, the offender associated with Byron Cockett; and in or about October 2007, the offender associated with Marshelly Mailou, both of whom are convicted felons. |
| 3. Standard Condition No. 3 | On 11/1/2007, the offender failed to truthfully answer the Probation Officer's inquires. |

    On 5/25/2007, during the orientation to the supervision conditions, the offender admitted that she had been maintaining contact with federal offender Marshelly Mailou. On 5/25/2007, the offender was instructed to cease all contact with Ms. Mailou and that contact with convicted felons was prohibited. Ms. Mailou is a convicted felon who pled guilty to Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of

Prob 12B
(7/93)

3

Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony. On 7/7/2004, she was sentenced to 40 months imprisonment and 60 months of supervised release. Ms. Mailou's supervised release began on 6/16/2006.

On 10/29/2007, federal offender Marshelly Mailou disclosed to her probation officer that on or about 10/26/2007, the offender contacted her on her cellular phone. On 11/1/2007, when questioned about the association, the offender readily admitted that she had called Ms. Mailou. In explanation, the offender stated that she had recently learned through a third party that Ms. Mailou was pregnant. The offender denied that the third party was another convicted felon. The offender thought she would innocently call Ms. Mailou to tell her congratulations. The offender denied having contact with any other convicted felons. The offender was verbally admonished for failing to follow instructions issued to her on 5/25/2007 to cease all contact with Ms. Mailou. The offender was issued a written reprimand for this noncompliance and advised that future noncompliance of this nature would not be tolerated. The offender was instructed to begin submitting her cellular phone bill with her Monthly Supervision Report.

On 12/7/2007, during an unannounced employment contact, the offender informed that she had submitted her cellular phone bill to this officer and admitted that she had been maintaining contact with federal offender Byron Cockett from May 2007 through November 2007. The offender stated that after this probation officer issued instructions and written reprimand in November 2007, she ceased all contact with Mr. Cockett. The offender admitted that had this officer not directed her to submit her cellular phone bill, she would not have disclosed that she was in contact with Mr. Cockett. Mr. Cockett is a convicted felon that pled guilty to Count 1: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), a Class C felony. On 12/16/2002, he was sentenced to 59 months imprisonment and 36 months of supervised release. Mr. Cockett's supervised release began on 4/16/2007.

On 12/13/2007, the offender stated that she knew she was wrong and would accept the consequences. She readily agreed to the proposed modifications and informed that she had disclosed her violations to her daughter. The offender was advised that future violations of this nature would not be tolerated and could possibly result in revocation.

To the offender's credit, since her release, she has been working full-time at Tesoro. She has been living in a stable home environment with her daughter and daughter's family. She has re-established ties with her ex-husband and son, all of whom remain supportive of her. The offender completed all required drug aftercare counseling sessions and has submitted to approximately 25 drug tests, all of which have been negative for illicit drugs. Subsequent to her release, the offender willingly agreed to modify the general conditions to allow for random drug testing throughout the term of supervision. Furthermore, since her release, the offender has participated in mental health counseling without incident.

Based on the offender's otherwise good adjustment, we respectfully recommend that the Court modify the offender's conditions of supervision as reflected above. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.

Prob 12B
(7/93)

4

The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections to the modifications.

Respectfully submitted by,

*[signature]*

for LISA K.T. JICHA
U.S. Probation Officer

Approved by:

*[signature]*

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 12/13/2007

---

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*

DAVID ALAN EZRA
U.S. District Judge

12/13/07
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓]   To modify the conditions of supervision as follows:

*Special Condition No. 7:*   That the defendant perform 80 hours of community service at the discretion and direction of the Probation Office.

*Special Condition No. 8:*   That the defendant is prohibited from any type of contact with any person engaged in criminal activity and any person convicted of a felony, unless granted permission to do so by the Probation Office. The restricted methods of contacts include telephonic, written correspondence, contact via electronic means, and physical contact.

Witness: _____          Signed: _____
LISA K.T. JICHA                                               ANGELINE GOMEZ
U.S. Probation Officer                                        Supervised Releasee

_____
12-13-07
Date